IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL WATER DAMAGE RESTORATION, INC. a/a/o 1133 COLUMBIA LLC,<br>    *Plaintiff,*<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>    *Defendant.* | CIVIL ACTION<br>NO. 22-201 |

## ORDER

AND NOW, this 29th day of June, 2022, upon consideration of Defendant State Farm Fire and Casualty Company's Motion to Dismiss Count II of Plaintiff's Complaint (ECF 3); Plaintiff Royal Water Damage Restoration, Inc.'s Response (ECF 4); State Farm's Reply (ECF 5) and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the motion is **DENIED.**

                BY THE COURT:

                ***/s/ Gerald J. Pappert***
                GERALD J. PAPPERT, J.